# EXHIBIT A

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

NICHOLAS EDWARD ABRAMS VS. FORD MOTOR COMPANY ET AL.

Case: C20201869
Date: 7/3/2020

*FILED*
*GARY L. HARRISON*
*20 JUL -7 PM 3:51*
*J. ORR, DEPUTY*

***

## NOTICE RE: IMPENDING DISMISSAL

It appearing that service of summons and complaint has not been made upon the defendant(s) listed below,

YOU ARE HEREBY NOTIFIED THAT the action will be dismissed without prejudice AS TO THE DEFENDANT(S) LISTED BELOW without further notice after 30 days from the date of this notice, unless good cause is shown why service was not made within the time limits established by Rule 4, Arizona Rules of Civil Procedure, and that additional time should be granted within which to accomplish service.

If you have reason to believe this notice has been issued in error please call **Case Management Services, Dismissal Desk, at 520-724-3551.**

BY: Aundrea Montoya
Case Management Services

***

| PLAINTIFF | VS | DEFENDANT |
|---|---|---|
| ABRAMS, NICHOLAS EDWARD | | FORD MOTOR COMPANY |
| | | TK HOLDINGS, INC. |
| | | TAKATA CORPORATION |

cc: JOHN P. LEADER, ESQ.
STANLEY G. FELDMAN, ESQ.