**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicholas Edward Abrams,<br><br>          Plaintiff,<br><br>v.<br><br>Ford Motor Company, et al.,<br><br>          Defendants. | No. CV-20-00447-TUC-CKJ<br><br>**ORDER** |

      On October 19, 2020, Plaintiff removed this action from state court. At the time, Defendants TK Holdings, Inc. and Takata Corporation (the Takata Defendants) were in bankruptcy. The action was automatically stayed (the Takata Defendants) pursuant to the Bankruptcy Code, 11 U.S.C. § 362(a)(1). Upon removal, Defendant Ford Motor Company was dismissed pursuant to a stipulation. Plaintiff has been filing status reports with the Court every 90 days.

      On September 7, 2023, Plaintiff filed a Final Status Report Re: Bankruptcy Proceedings, reporting that his claims submitted to trust funds related to the bankruptcy proceeding have been denied. He does not intend to appeal.

/////
/////
/////
/////
/////

Plaintiff asks the Court to close this case. As the Takata Defendants were never served in this action due to the bankruptcy stay, the matter is subject to voluntary dismisal by the Plaintiff. Fed. R. Civ. P. 41(a)(1).

**Accordingly,**

**IT IS ORDERED** that this case is voluntarily dismissed pursuant to Rule 41(a)(1), and the Clerk of the Court shall close it.

Dated this 12th day of September, 2023.

*Cindy K. Jorgenson*
Honorable Cindy K. Jorgenson
United States District Judge